## Tripp's Estate (No. 2).

Argued Feb. 25, 1902. Appeal, No. 348, Jan. T., 1901, by Ezra H. Ripple and Everett Warren, executors and trustees under the will of Ira Tripp, from decree of O. C. Lackawanna County, No. 239, Series A, sustaining petition for allowance for minor, In re Estate of Ira Tripp, Deceased. Before Mc-Collum, C. J., Mitchell, Dean, Brown and Mestrezat, JJ. Decree vacated.

Petition for allowance for minor.

From the record it appeared that the court in an opinion by Vosburg, P. J., directed the trustees under the will of Ira Tripp to pay to the Lackawanna Trust & Safe Deposit Company, guardian of Rosene Eugenie Tripp, the sum of $100 per month from the death of Walter S. Tripp.

*Error assigned* was the decree of the court.

*Henry A. Knapp*, of *Willard, Warren & Knapp*, for appellants.

*John G. Johnson, Charles H. Wells* and *James H. Torrey*, for appellee.

Opinion by Mr. Justice Brown, April 21, 1902:

Our decree in the preceding case supersedes the decree below, directing the surviving trustees under the will of Ira Tripp, deceased, to pay $100 per month to the guardian of Rosene Eugenie Tripp for her maintenance and education, and the same is vacated and set aside, the costs of this appeal to be paid by the trustees out of the accumulated income upon the whole of testator's estate.